1
2
3
4
5
6
7

8                       IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10  JOAQUIN N'GE WRIGHT,

11          Plaintiff,                     No. CIV S-09-1513 EFB P

12     vs.

13  ANGUZZA, et al.,

14          Defendants.            ORDER

15  _____/

16       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17  U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28

18  U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* 28 U.S.C.

19  § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

20       Plaintiff has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

21  Plaintiff's declaration makes the showing required by 28 U.S.C. § 1915(a)(1) and (2).

22  Accordingly, by separate order, the court directs the agency having custody of plaintiff to collect

23  and forward the appropriate monthly payments for the filing fee as set forth in 28 U.S.C.

24  § 1915(b)(1) and (2).

25  ////
26  ////

1

1  The court has reviewed plaintiff's complaint and, for the limited purposes of § 1915A
2  screening, finds that it states a cognizable Eight Amendment claim against defendant Anguzza.
3  *See* 28 U.S.C. § 1915A.

4  The complaint does not state a cognizable claim against defendant Department of
5  Corrections, as the Department of Corrections is not a "person" under § 1983. *Will v. Michigan*
6  *Dep't of State Police*, 491 U.S. 58, 71 (1989); *see also Allison v. California Adult Authority*, 419
7  F.2d 822, 823 (9th Cir. 1969) (state agency such as San Quentin State Prison is not a person
8  within meaning of Civil Rights Act).  This defect in plaintiff's claim cannot be cured by
9  amendment, thus, plaintiff is not entitled to leave to amend to state a claim against the
10 Department of Corrections.

11 Accordingly, it hereby is ORDERED that:

12 1. Plaintiff's request to proceed *in forma pauperis* is granted.

13 2. Plaintiff shall pay the statutory filing fee of $350.  All payments shall be collected in
14 accordance with the notice to the Director of the California Department of Corrections and
15 Rehabilitation filed concurrently herewith.

16 3. Service is appropriate for defendant Anguzza.

17 4. Plaintiff's claims against defendant California Department of Corrections are
18 dismissed without leave to amend.

19 5. The Clerk of the Court shall send plaintiff one USM-285 form, one summons, an
20 instruction sheet and one copy of the June 2, 2009 pleading.

21 6. Within 30 days from service of this order, plaintiff shall complete the attached Notice
22 of Submission of Documents and submit it to the court with the completed summons and USM-
23 285 form and two copies of the endorsed June 2, 2009 pleading.

24 ////
25 ////
26 ////

1        7.  Upon receipt of the necessary materials, the court will direct the United States
2 Marshal to serve defendant Anguzza pursuant to Federal Rule of Civil Procedure 4 without
3 payment of costs.  Failure to comply with this order may result in this action being dismissed.
4 Dated:   February 22, 2010.

                              EDMUND F. BRENNAN
                              UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOAQUIN N'GE WRIGHT,

     Plaintiff,                   No. CIV S-09-1513 EFB P

     vs.

ANGUZZA, et al.,

     Defendants.           NOTICE OF SUBMISSION OF DOCUMENTS

/

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

     __1__     completed summons form

     __1__     completed forms USM-285

     __2__     copies of the June 2, 2009 Complaint

Dated:

                                                           Plaintiff