IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOAQUIN N'GE WRIGHT,

      Plaintiff,              No. CIV S-09-1513 EFB P

    vs.

ANGUZZA, et al.,

      Defendants.       ORDER

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent.  *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

      On February 22, 2010, the court directed plaintiff to submit one completed USM-285 form, two copies of the June 2, 2009 endorsed complaint and a completed summons, for the U.S. Marshal to serve defendants.  Plaintiff submitted one completed USM-285 form and no other documents.  He has failed to comply with the order.

      It therefore is ORDERED that plaintiff has 21 days from the date of this order either to explain his failure to comply with the February 22, 2010 order, or to submit two copies of his complaint and a completed summons.  Failure to comply with this order will result in dismissal.

1

1 | The Clerk of the Court is directed to send to plaintiff one copy of the June 2, 2009 pleading and
2 | one summons.

3 | DATED: March 29, 2010.

  |                         _____
4 |                         EDMUND F. BRENNAN
  |                         UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8               IN THE UNITED STATES DISTRICT COURT
9               FOR THE EASTERN DISTRICT OF CALIFORNIA
10  JOAQUIN N'GE WRIGHT,
11           Plaintiff,              No. CIV S-09-1513 EFB P
12      vs.
13  ANGUZZA, et al.,
14           Defendants.              NOTICE OF SUBMISSION OF DOCUMENTS
15  _____/
16      Plaintiff hereby submits the following documents in compliance with the court's order
17  filed _____:
18           __1__      completed summons form
19           __2__      copies of the June 2, 2009 Complaint
20  Dated:
21
22                                              _____
                                                         Plaintiff
23
24
25
26

3